1129157

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

**07-315-M-01**

UNITED STATES OF AMERICA
vs.

DRAKE, XAVIER L.

WASHINGTON, DC 20017

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| X0511829 EV88 | 07/24/2005 |
| DWI .117/.110 BAC | |

**FILED**
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____**MANDATORY**_____ may be Forfeited in Lieu of Appearance.

Date  2/10/06

*[signature]*
United States Magistrate Judge
**THERESA CARROLL BUCHANAN**

---

## RETURN

| RECEIVED | DATE 02/16/06 | LOCATION DC District Court |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE NAMED DEFENDANT.

| | DATE 06/21/07 | LOCATION DC District Court |
|---|---|---|

Name  William Martin    Title  DUSM    District  D/DC
Date  06/21/07           Signature  *[signature]*

**United States District Court**
**Violation Notice**

07-315-M-01

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | CVB Loc/Dcn Code |
| X 0511829 | TRAXLER | T28117 | GV88 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/24/05  7:30p | 32CFR234.17(c)(iv) |

Place of Offense: BOUNDARY CHANNEL / LBJ

Offense Description: DWI · 117 / .110 BrAc

**DEFENDANT INFORMATION**

| Last Name | First Name | MI |
|---|---|---|
| DRAKE | XAVIER | L |

Phone: ( )

Driver's License No: [blank]   State: DC   DL Exp: 2007   Sex ☒ Male ☐ Female   Juvenile ☐

City: WASHINGTON   State: DC   Zip: 20017

**VEHICLE DESCRIPTION** VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| [tag] | MD | [yr] | FORD 250 | WHITE |
Hair: Black  Eyes: Brown  Height: 6'6"  Weight: 275

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ ____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date (mm/dd/yyyy): 10/31/05   Time (hh:mm): 0700A

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]  07/24/2005

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/24, 200_, while exercising my duties as a law enforcement officer in the ____ District of VA

WHILE ON PATROL OF THE PENTAGON RESERVATION I OBSERVED A WHITE FORD WAS TRAVELING WEST BOUND ON BOUNDARY CHANNEL DRIVE FAIL TO MAINTAIN ONE DESIGNATED LANE. THE DRIVER WAS OBSERVED CROSSING THE YELLOW LANE DIVIDER LINE ON THREE SEPARATE OCCASIONS. I CONDUCTED A TRAFFIC STOP AND ENCOUNTERED THE DRIVER WHO COULD NOT PRODUCE REGISTRATION. A STRONG ODOR OF ALCOHOLIC BEVERAGE EMINATED [sic] FROM WITHIN THE VEHICLE. DRIVER BY NAME OF XAVIER DRAKE HAS BEEN AND SIGNS OF SEVERE INTOXICATION WERE NOTED. DRIVER WAS REQUESTED TO PERFORM A SERIES OF STANDARDIZED FIELD SOBRIETY TESTS WHICH DRAKE FAILED. DRAKE WAS SUBSEQUENTLY CONFLICTED [sic].
DRAKE WAS TAKEN INTO CUSTODY WITHOUT INCIDENT AND SUBMITTED TO AN INTOX EC/IR TEST WITH A BRAC OF .117 AND .110

Also noted (margin): WILL PROSECUTE, LEAVE WILL BE DELIVERED
PC PROVIDED
PC, PAGE
SPOUSE
1/30/06

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/24/2005   Officer's Signature: [signature] McGWIRE

Probable cause has been stated for the issuance of a warrant.

Executed on: 2/10/06   U.S. Magistrate Judge: [signature]

CVB Scan 8/1/2005 13:25:13